

# United States District Court
# Eastern District of California

| Ascentium Capital, LLC |
|---|
Plaintiff(s)

v.

| Dean K. Okata, M.D., Inc. |
|---|
Defendant(s)

Case Number: 2:22-CV-1473 KJM KJN

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Michael C. Whitticar hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendants Dean K. Otaka, M.D., Inc. et.al

On  11/04/1991  (date), I was admitted to practice and presently in good standing in the Supreme Court of Virginia  (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: February 23, 2023        Signature of Applicant: /s/ Michael C. Whitticar

**Pro Hac Vice Attorney**

Applicant's Name: Michael C. Whitticar
Law Firm Name: NOVA IP Law, PLLC
Address: 155 Broadview Avenue, Suite 200

City: Warrenton State: VA Zip: 20186
Phone Number w/Area Code: ~~8888~~ 571-386-2980
City and State of Residence: Gainesville, Virginia
Primary E-mail Address: mikew@novaiplaw.com
Secondary E-mail Address: admin@novaiplaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Stephen M. Brigandi
Law Firm Name: Law Office of Stephen Brigandi
Address: Caminito Cielo Del Mar

City: San Diego State: CA Zip: 92130
Phone Number w/Area Code: (858) 775-4213 Bar # SBN 125992

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 1, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE