# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ASCENTIUM CAPITAL, LLC, a Delaware limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DEAN K. OTAKA MD, INC,, a Hawaii Corporation and DEAN K. OTAKA, aka DEAN K. OTAKA, M.D., an individual,<br><br>　　　　　　Defendants. | Case No. 22-cv-01473-KJM-KJM<br><br>**COURT ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT**<br><br>**Hon, Kimberly Mueller** |

　　Pursuant to Defendants Dean K. Otaka MD, Inc., a Hawaii corporation and Dean K. Otaka, an individual's Motion for Leave to Amend to file Third-Party Complaint, and along with the Parties' Joint Stipulation to Grant Defendant's Motion to File Third-Party Complaint;

　　THE COURT RULES AS FOLLOWS: Defendants' Motion for Leave to Amend to file Third-Party complaint is hereby GRANTED. Defendants are directed to file their Third-Party Complaint within 7 days of the date of the order.

DATED: March 9, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE