UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ascentium Capital, LLC, | No. 2:22-cv-01473-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| Dean K. Otaka MC, Inc., et al., | |
| Defendants. | |

The court has issued a Rule 16 scheduling order setting pretrial deadlines in this case. ECF No. 16. Under Rule 16, a pretrial scheduling order may be modified only for good cause and with the court's approval. *See* Fed. R. Civ. P. 16(b)(4). Under this court's standard scheduling order, "[a]greement of the parties by stipulation alone does not constitute good cause." Standing Order at 8, ECF No. 17.

The court construes the parties' recent stipulations (ECF Nos. 28 and 29) as requests to modify the pretrial scheduling order and **grants those requests for good cause shown**: the deadline for disclosing expert witnesses is extended to **June 1, 2023**; the deadline for responsive expert disclosures is **June 15, 2023**; and the fact and expert discovery deadlines are extended to **July 1, 2023**. All other dates and deadlines remain unchanged.

IT IS SO ORDERED.

DATED: May 1, 2023.

CHIEF UNITED STATES DISTRICT JUDGE