# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ASCENTIUM CAPITAL, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DEAN K. OTAKA MD, INC,, a Hawaii Corporation and DEAN K. OTAKA, aka DEAN K. OTAKA, M.D., an individual,<br><br>Defendants. | Case No. 22-cv-01473-KJM-KJM |

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME

Defendants Dean K. Otaka MD, Inc. and Dean K. Otaka, MD, with the consent of third-party defendant Cynosure, LLC have filed a motion for a one-week extension of time in which to file a response in opposition to Cynosure's Motion to Dismiss.

1. The current deadline to file a response is May 12, 2023.

2. The new, proposed deadline to file the response would be May 19, 2023.

3. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Court may grant the requested extension for good cause with or without a notice or a hearing.

4. Third-party defendant Cynosure consents to the proposed extension, and Plaintiff Ascentium does not object to it.

1

**NOW THEREFORE,** the Otaka Defendants are hereby granted a one-week extension of time in which to file a response in opposition to Cynosure's Motion to Dismiss.

**SO ORDERED** This 16th Day of May, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2