UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ascentium Capital, LLC, | No. 22-cv-1473-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| Dean K. Otaka MD, Inc., et al., | |
| Defendants/Third-Party Plaintiffs, | |
| v. | |
| Cynosure, LLC, | |
| Third-Party Defendant. | |

On August 4, 2023, this court issued a minute order construing the parties' stipulation at ECF No. 50 as a notice of settlement and ordering parties to file dispositional documents no later than September 8, 2023. ECF No. 51. As of the date of this order, the parties have not filed any relevant documents. The court **orders** the parties to show cause within 14 days from the date of this order why it should not impose a sanction in the amount of $250 on each party for noncompliance with the court's order and/or why the court should not dismiss this action for lack of prosecution under Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

DATED: September 22, 2023.

CHIEF UNITED STATES DISTRICT JUDGE